UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. MJ10-4-BAT |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| ARNOLD RAY MANANSALA, | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:

Violations of Pretrial Release ND-FL.

Date of Detention Hearing: January 11, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which the defendant can meet will reasonably

assure the appearance of the defendant as required and the safety of any other person and the

community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has felony charges pending in Florida. He is being supervised by the United

States Pretrial Office in this district. Although he was identified in Court by his supervising

DETENTION ORDER - 1

1 officer, he objected to being identified as the defendant. According to the Assistant United

2 States Attorney and defendant's pretrial officer, defendant has not complied with conditions of

3 release.

4     It is therefore ORDERED:

5     (1)    Defendant shall be detained pending trial and committed to the custody of the

6 Attorney General for confinement in a correctional facility separate, to the extent practicable,

7 from persons awaiting or serving sentences, or being held in custody pending appeal;

8     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

9 counsel;

10     (3)    On order of a court of the United States or on request of an attorney for the

11 Government, the person in charge of the correctional facility in which Defendant is confined

12 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

13 connection with a court proceeding; and

14     (4)    The clerk shall direct copies of this order to counsel for the United States, to

15 counsel for the defendant, to the United States Marshall, and to the United States Pretrial

16 Services Officer.

17     DATED this 11th day of January, 2010.

18

19                     BRIAN A. TSUCHIDA
                    United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2